UNITED STATES DISTRCT COURT
EASTERN DISTRCT OF MISSOURI
EASTERN DIVISION



FILED
AUG 27 2020
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | 4:20CR00439 SRC/SPM |
| PATRICK L. COCKRELL, ) | |
| Defendant. ) | |

## INDICTMENT

The Grand Jury charges:

### COUNT 1

On or about August 19, 2020, in St. Louis City, Missouri, within the Eastern District of Missouri,

**PATRICK L. COCKRELL,**

defendant herein, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly referred to as fentanyl), a Schedule II Controlled Substance. All in violation of Title 21, United States Code, Sections 841(a)(l) and 841(b)(1)(C).

**A TRUE BILL**

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

DEREK J. WISEMAN, #67257MO
Assistant United States Attorney